IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-BNB

LORAL HUFFMAN,

    Plaintiff,

v.

BUREAU OF PRISONS, and
HARVEY LAPPIN,

    Defendants.

---

**ORDER GRANTING MOTION TO ALLOW LIMITED DISSEMINATION
OF SEALED DOCUMENT**

---

This matter is before the Court on the Bureau of Prisons' Motion to Allow Limited Dissemination of Sealed Document. For the reasons set forth in the motion, the Court finds that the motion should be GRANTED. Counsel for the Bureau of Prisons is permitted to provide copies of Docket Number 10 to the Bureau attorney assigned to the case, the Bureau supervisory attorney, a member of Special Investigative Services, and a member of Plaintiff's Unit Team. These individuals will be informed that the sealed document should not be disseminated further and that the contents should not be discussed with any inmates other than Plaintiff.

DATED this 27th day of June, 2011.

                                        Boyd N. Boland
                                        United States Magistrate Judge