IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-BNB

LORAL HUFFMAN,

Plaintiff,

v.

BUREAU OF PRISONS, and
HARVEY LAPPIN,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate June 29th Hearing** [docket no. 25, filed June 28, 2011] (the "Motion").

IT IS ORDERED the Motion is DENIED. The telephonic hearing will go forward on **June 29, 2011, at 9:00 a.m.** as planned.

DATED:  June 28, 2011