IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-001459-BNB | Date: June 29, 2011 |
| Courtroom Deputy: Laura Galera | FTR BNB COURTROOM A-401 |

LORAL HUFFMAN,                                                                   Pro Se (By Phone)

          Plaintiff,

v.

BUREAU OF PRISONS, and                                                   Amy L. Padden
HARVEY LAPPIN,                                                                    Mustafa Hersi

          Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session:       9:06 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

Defense counsel Padden questions the plaintiff.

Court presents findings.

**ORDERED:**  Motion [11] the public entry for sealed document [10] is **DENIED.**

Court in Recess       9:16 a.m.       Hearing concluded.       Total time in Court: 00:10

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.