IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

"BUREAU OF PRISONS UNNAMED AGENTS" and
DIRECTOR HARVEY LAPPIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2011

GREGORY C. LANGHAM
                CLR

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: October __24__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   11-cv-01459-CMA-KLM

Loral Huffman
Reg No. 12723-018
USP - Florence
PO Box 7000
Florence, CO 81226

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Harley Lappin; to the United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 06/03/11, ORDER FILED 10/20/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 24, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk