IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.D., and
CRANK, Trust Manager,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Emergency Injunction Motion to Find Defendants in Contempt of Court** [Docket No. 80; Filed October 31, 2011], **Motion to Serve Amended Claims** [Docket No. 81; Filed October 31, 2011], and "**Emergency Injunction**," filed as a motion by the Clerk's Office [Docket No. 82; Filed October 31, 2011].

    IT IS HEREBY **ORDERED** that the **Motion to Serve Amended Claims** [#81] is **DENIED AS MOOT** in light of the Court's Minute Order issued October 31, 2011 [#78], which ordered service of Plaintiff's Amended Complaint.

    IT IS FURTHER **ORDERED** that the document titled "**Emergency Injunction**" [#82] is **DENIED AS MOOT** and will be considered in conjunction with Plaintiff's Emergency Injunction Motion to Find Defendants in Contempt of Court [#80].

    IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's Emergency Injunction Motion to Find Defendants in Contempt of Court [#80] and accompanying Affidavit [#83] on or before **November 21, 2011**. The Court notes that, pursuant to the October 31, 2011 Minute Order granting service, service must be completed on or before November 7, 2011.

IT IS FURTHER **ORDERED** that, pending the Court's disposition of Plaintiff's Emergency Injunction Motion to Find Defendants in Contempt of Court [#80], any further motion for injunctive relief filed by Plaintiff stating the same request for relief will be **stricken**.

Dated: November 4, 2011