IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.D., and
CRANK, Trust Manager,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Information for Temporary Restraining Order**, filed by the Clerk's Office as a motion [Docket No. 88; Filed November 8, 2011] (the "Motion"). In the Minute Order issued November 4, 2011 [#85], the Court warned Plaintiff that any further motion for injunctive relief stating the same request for relief (related to Plaintiff's alleged sleepwalking) will be stricken. The Motion at issue states the same request for relief as the "Emergency Injunction Motion to Find Defendant in Contempt of Court" [#80], presently pending before the Court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** pursuant to this Court's Minute Order issued November 4, 2011 [#85].

    Dated: November 9, 2011