IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.D., and
CRANK, Trust Manager,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's second "Motion to Find Defendant in Contempt of Court"** [Docket No. 96; Filed November 9, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN IN PART** and **DENIED AS MOOT IN PART**. The portions of the Motion seeking the same relief as that stated in Plaintiff's first motion to find Defendants in contempt of court [#80], which is pending before the Court, are **STRICKEN** pursuant to the Minute Order issued November 4, 2011 [#85].

    IT IS FURTHER **ORDERED** that the portions of the Motion seeking counsel and a hearing date are **DENIED AS MOOT**. The Court *sua sponte* placed this lawsuit on the list of cases available for volunteer counsel on November 10, 2011 [#91]. Further, the Court will determine whether to hold a second hearing regarding the relief requested once it has reviewed Defendants' response, due November 21, 2011 [#85].[1]

    Dated: November 14, 2011

---

[1] Magistrate Judge Boland held a hearing on June 29, 2011 regarding a previously filed motion by Plaintiff asserting the same requested relief. *See* Docket Nos. 27, 45 (order denying Plaintiff's request).