IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.D., and
CRANK, Trust Manager,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Request Temporary Relief Declaration"** [Docket No. 110; Filed November 15, 2011], filed by the Clerk's Office as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** pursuant to the Minute Orders issued November 4, 2011 [#85] and November 15, 2011 [#108]. The Motion seeks the same relief as that stated in Plaintiff's first motion to find Defendants in contempt of court [#80], which remains pending before the Court.

    Dated:  November 28, 2011