IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Right to Respond to Government** [Docket No. 129; Filed November 30, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. A judicial officer may rule on a motion at any time after it is filed, without waiting for a response or reply. D.C.COLO.LCivR 7.1C.

    Dated:  December 2, 2011