IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

      Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

      Defendants.

_____

### MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      IT IS HEREBY **ORDERED** that a Preliminary Scheduling Conference is set for **April 17, 2012 at the hour of 10:30 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C.COLO.LCivR 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. Plaintiff and his case manager shall contact the Court at (303) 335-2770 on the above date and time in order to participate.

      IT IS FURTHER **ORDERED** that the Clerk's Office shall mail a courtesy copy of this Minute Order to the case manager for Plaintiff at his facility.

      Dated: January 23, 2012