IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

     Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

     Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's "Extension of Time - Name Change"** [Docket No. 201; Filed February 29, 2012], filed by the Clerk's Office as a Motion.  Plaintiff informs the Court that he has been relocated to the United States Penitentiary in Coleman, Florida, and he has not received any mail related to this lawsuit.  Plaintiff further advises the Court that he believes he will have counsel within sixty days, courtesy of the Colorado Prison Project.  Plaintiff thus requests a 60-day extension "on court issues."  The Court construes Plaintiff's request as a request for a temporary stay of proceedings.  In consideration of Plaintiff's *pro se* status and recent relocation,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED** to the extent that the Court imposes a sixty-day temporary **STAY OF PROCEEDINGS**, which will expire on **May 2, 2012**.

     IT IS FURTHER **ORDERED** that Plaintiff must file a status report on or before **May 2, 2012**, indicating whether he intends to prosecute this lawsuit.  If Plaintiff fails to comply with this instruction, the Court will not issue an Order to Show Cause, but will promptly recommend that this matter be dismissed due to Plaintiff's failure to prosecute.

IT IS FURTHER **ORDERED** the obligations stated in the Order to Show Cause issued February 22, 2012 [#200] are **DISCHARGED**.

IT IS FURTHER **ORDERED** that **Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)** [Docket No. 193; Filed January 26, 2012] is **DENIED WITHOUT PREJUDICE**, and Defendants may re-file their motion when and if the Court lifts the temporary stay.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 17, 2012 is **VACATED**.

Dated:  March 2, 2012