IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Contempt of Court** [Docket No. 205; Filed March 22, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** pursuant to the Minute Order issued November 15, 2011 [#108].  Plaintiff appears to seek some form of relief in this filing, but contrary to Court instructions, does not clearly explain the relief sought and the basis for the relief.

    The Court reminds Plaintiff that this proceeding is presently stayed, at his request, until May 2, 2012.  [#203].  Plaintiff must file a status report on or before May 2, 2012, indicating whether he intends to prosecute this lawsuit.  If Plaintiff fails to comply with this instruction, the Court will not issue an Order to Show Cause, but will promptly recommend that this matter be dismissed due to Plaintiff's failure to prosecute.

    Dated:  March 23, 2012