IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Motion of Status and Clarifications"** [Docket No. 208; Filed March 26, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED** in all other respects. The Motion is granted to the extent that Plaintiff requests the status of this case. This proceeding is presently stayed, at Plaintiff's request, until May 2, 2012. [#203]. Plaintiff must file a status report on or before May 2, 2012, indicating whether he intends to prosecute this lawsuit. If Plaintiff fails to comply with this instruction, the Court will not issue an Order to Show Cause, but will promptly recommend that this matter be dismissed due to Plaintiff's failure to prosecute.

    The remainder of the Motion is denied because although Plaintiff appears to seek some form of relief in this filing, his handwriting and syntax is nearly completely unintelligible, and he does not clearly explain the relief sought and the basis for the relief. *See* [#108].

    Dated: March 27, 2012