IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Find BOP in Contempt of Court** [Docket No. 220; Filed May 24, 2012] (the "Motion"). The federal Bureau of Prisons ("BOP") is not a party to this lawsuit, thus the Court has no authority to hold the BOP in contempt of court, assuming a legitimate basis to do so existed. Furthermore, Plaintiff does not identify a Defendant to whom his allegations are directed. The Court thus has no jurisdictional basis to evaluate the relief requested, in the absence of a named Defendant to whom the allegedly violative acts may be attributed. *See Little v. Jones*, 607 F.3d 1245, 1251 (10th Cir. 2010) (affirming the denial of a motion for preliminary injunction on the basis that the incarcerated pro se plaintiff had not "alleged that the defendants named in the complaint participated in the alleged deprivations . . . ."). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated: May 29, 2012