IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies** [Docket No. 226; Filed June 4, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The motion for summary judgment and accompanying exhibits attached to the Motion are accepted for filing.  The Clerk of Court is directed to enter the motion for summary judgment and accompanying exhibits located at Docket Nos. 226-1 through 226-10 separately on the docket.

    IT IS FURTHER **ORDERED** that the acceptance of the instant motion for summary judgment and accompanying exhibits does not preclude Defendants from filing a subsequent motion for summary judgment on the merits, if necessary.

    IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendants' Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) [#224] and to Defendants' Motion for Summary Judgment [#226-1] on or before **July 6, 2012**.

    Dated:  June 5, 2012