IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Clarify** [Docket No. 239; Filed June 14, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART and DENIED AS MOOT IN PART**. The Motion is DENIED AS MOOT to the extent that Plaintiff requests copies of the pending dispositive motions, in light of the Minute Order issued June 13, 2012 [#237], which directed the Clerk's Office to mail to Plaintiff a copy of the docket sheet and a copy of the Amended Complaint [#70], Defendants' Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) [#224], and the Certificate of Service indicating that these documents have been mailed to Plaintiff [Docket No. 238; Entered June 13, 2012].

    The Motion is GRANTED to the extent that Plaintiff shall respond to the two dispositive motions on or before **July 20, 2012**. Plaintiff is again warned that his failure to timely respond to the two pending dispositive motions will result in a Recommendation that this matter be dismissed.

    Dated: June 18, 2012