IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on thirteen motions submitted by Plaintiff [Docket Nos. 251 through 263; Filed July 12, 2012] (the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **STRICKEN** pursuant to D.C.COLO.LCivR 7.1H and the Court's "inherent power to impose a variety of sanctions on litigants in order to regulate its docket, promote judicial efficiency, and deter frivolous filings." *E.g., McMurray v. McCelmoore*, 445 F. App'x 43, 45 (10th Cir. 2011) (affirming district court's imposition of filing restrictions against abusive litigant). The Motions are largely undecipherable (as is Plaintiff's pattern of filing in this matter), imponderous, and at times contradictory. For example, Plaintiff expresses his intent to proceed with this matter [#258], then asks for a 60-day stay in two separate filings [## 261, 262].

    Further, the Motions are in large part duplicative of Plaintiff's previous requests that the Court has already resolved. *See Minute Orders*, [## 108, 128, 137, 149, 163, 192, 203, 213, 222, 237, 245, 248].

    Regarding Plaintiff's allegation that he is being "packed up," the Court notes that the Federal Bureau of Prisons Inmate Locator indicates that Plaintiff remains incarcerated at

the Federal Correctional Institution (Low) in Coleman, Florida, which is the address presently reflected on the docket.[1]

The Court reminds Plaintiff for the <u>third</u> time that **his failure to timely respond to the two pending dispositive motions will result in a Recommendation that this matter be dismissed**. *See* [#237] (first time); [#245] (second time). Plaintiff's responses are due on or before **July 20, 2012**.

Dated: July 16, 2012

---

[1] The Court may take judicial notice of its own files and records, as well as of facts which are a matter of public record. *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979).