IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Motion to Judge Babcock"** [Docket No. 267; Filed July 19, 2012] (the "Motion"). Plaintiff requests a 60-day stay pending resolution of the issue of whether the federal Bureau of Prisons was dismissed as a defendant in this action. As previously explained to Plaintiff, on October 20, 2011, the District Judge dismissed the BOP as "immune from monetary liability." [#65] at 3; *see also* [#237]. The issue has thus been resolved. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#267] is **DENIED**.

    Dated: July 20, 2012