IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01459-CMA-KLM

LORAL HUFFMAN,

    Plaintiff,

v.

DR. ALLRED,
DR. CARTER,
SANCHEZ, Case Manager,
DERR, Unit Manager,
JOHN DOE, Mailroom Supervisor,
JANE DOE, Food Supervisor,
BUCKNER, Investigator,
LINCOLN, D.H.O., and
CRANK, Trust Manager,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Seventh Documented Motion for Forms"** [Docket No. 281; Filed August 9, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. The Court rejects Plaintiff's characterization of the relief requested in the Motion as his seventh request for forms; nonetheless, the Court directs the Clerk's Office to mail to Plaintiff one blank copy of the prisoner complaint form and accompanying instructions.

    The Court again reminds Plaintiff that, regardless of Plaintiff's *in forma pauperis* status, he is not entitled to unlimited cost-free copies and forms in this litigation. *See Windsor v. Martindale*, 175 F.R.D. 665, 670-72 (D. Colo. 1997). Further, the mailing of a blank form to Plaintiff does not eliminate Plaintiff's obligation to file a motion seeking leave to amend consistent with the Court's previous orders in this matter as well as the Federal Rules of Civil Procedure.

    Dated: August 13, 2012